# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3110
_____

MICHAEL TWARDOSZ,

Appellant,

v.

PASCO COUNTY BOARD OF
COUNTY COMMISSIONERS/
COMMERCIAL RISK
MANAGEMENT, INC.,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Rita L. Young, Judge.


January 25, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and M.K. THOMAS, JJ., concur.

———————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————————

Amie E. DeGuzman, Jacksonville; Tonya A. Oliver of Oliver & Fox, P.A., Tampa, for Appellant.

Warren K. Sponsler and Vanessa J. Johnson of Sponsler, Hammer & Johnson, P.A., Tampa, for Appellees.